UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR09-05123RBL |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| MICHAEL JOSEPH GILBERT, | |
| Defendant. | |

Having read the Government's Motion to Seal Exhibits A, B and C to the Government's Sentencing Memorandum, and due to the sensitive material contained in these exhibits and to protect the identity of the victims,

It is hereby ORDERED that Exhibits A, B and C to the Government's Sentencing Memorandum shall remain sealed.

DATED this 7th day of December, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL DOCUMENT
GILBERT, CR09-5123RBL – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970